HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARSHA LINEHAN, an individual,<br><br>          Plaintiff,<br><br>    v.<br><br>LANE PEDERSON, an individual, and COGNITIVE AND BEHAVIORAL SPECIALTIES d/b/a DIALECTICAL BEHAVIOR THERAPY NATIONAL CERTIFICATION AND ACCREDITATION ASSOCIATION, a Minnesota non-profit corporation,<br><br>          Defendants. | NO. 2:17-CV-01494<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF |

TO:   CLERK OF THE ABOVE-ENTITLED COURT

YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE NOTICE that the undersigned, Jeffrey A. Nelson, is hereby appearing as attorney of record for Plaintiff Marsha Linehan along with Ana-Maria Popp and Binah B. Yeung, and that all further papers and pleadings herein, except original process, shall also be served upon such counsel as follows:

NOTICE OF APPEARANCE OF COUNSEL
FOR PLAINTIFF - 1
(NO. 2:17-CV-01494)

{03422282.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

Ana-Maria Popp, WSBA No. 39614
Email: apopp@cairncross.com
Binah B. Yeung, WSBA No. 44065
Email: byeung@cairncross.com
Jeff Nelson, WSBA No. 44570
Email: jnelson@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

DATED this 25th day of October, 2017.

                        CAIRNCROSS & HEMPELMANN, P.S.

                        */s/ Jeffrey A. Nelson*
                        Jeffrey A. Nelson, WSBA No. 44570
                        Email: jnelson@cairncross.com
                        524 Second Avenue, Suite 500
                        Seattle, WA  98104-2323
                        Telephone:     (206) 587-0700
                        Facsimile:     (206) 587-2308
                        Attorneys for Plaintiff

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03422282.DOCX;1 }

**Certificate of Service**

I, Sue E. Den, certify under penalty of perjury of the laws of the State of Washington that on October 25, 2017, I electronically filed this document entitled NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF using the CM/ECF system which will send notification of such filing to the following persons:

Ana M. Popp    apopp@cairncross.com, anampopp@gmail.com, jschiewe@cairncross.com, schang@cairncross.com

Binah B. Yeung    byeung@cairncross.com, rroberts@cairncross.com, sden@cairncross.com

DATED this 25th day of October, 2017, at Seattle, Washington.

*/s/ Sue E. Den*
Sue E. Den, Legal Assistant
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone:    (206) 587-0700
Facsimile:    (206) 587-2308
E-mail:    sden@cairncross.com

NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03422282.DOCX;1 }