HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARSHA LINEHAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANE PEDERSON, an individual, and COGNITIVE AND BEHAVIORAL SPECIALTIES d/b/a DIALECTICAL BEHAVIOR THERAPY NATIONAL CERTIFICATION AND ACCREDITATION ASSOCIATION, a Minnesota non-profit corporation,<br><br>　　　　Defendants. | CIVIL ACTION NO. 17-CV-1494-RSL<br><br>ACCEPTANCE OF SERVICE |

COMES NOW defendants LANE PEDERSON AND COGNITIVE AND BEHAVIORAL SPECIALTIES D/B/A DIALECTICAL BEHAVIOR THERAPY NATIONAL CERTIFICATION, through the undersigned attorney and hereby acknowledge receipt of and accept original service of the Complaint for Trademark Infringement, False Designation of Origin, False Endorsement and Unfair Competition; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Summons issued to Cognitive and Behavioral Specialties d/b/a Dialectical Behavior Therapy National Certification and Accreditation Association; and Summons issued to Lane Pederson in the above-captioned matter

ACCEPTANCE OF SERVICE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{03418101.DOCX;1}

1  on the date below written, and hereby waive all challenge regarding service of process in this
2  matter.
3       DATED this 18th day of October, 2017.

MOSS & BARNETT

_____
Terese A. West
105 South Fifth Street, Suite 1200
Minneapolis, MN  55402
Telephone: (612) 877-5407
Facsimile: (612) 877-5076
Email: west@lawmoss.com
Attorneys for Defendants

ACCEPTANCE OF SERVICE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{03418101.DOCX;1}