THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARSHA LINEHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LANE PEDERSON, an individual; COGNITIVE AND BEHAVIORAL SPECIALTIES d/b/a DIALECTICAL BEHAVIOR THERAPY NATIONAL CERTIFICATION AND ACCREDITATION ASSOCIATION, a Minnesota non-profit corporation; LANE PEDERSON & ASSOCIATES, LLC, a Minnesota limited liability company; EVERGREEN CERTIFICATIONS, LLC, d/b/a EVERGREEN CERTIFICATIONS INSTITUTE, a Wisconsin limited liability company; and PESI, Inc., a Wisconsin non-stock corporation,<br><br>Defendants. | Case No. 2:17-cv-01494-RSL<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME LIMIT FOR SERVICE PURSUANT TO FED. R. CIV. P. 4(m) |

**THIS MATTER** came before the Court on Plaintiff Marsha Linehan's ("Plaintiff") Motion to Extend Time for Service Pursuant to FED. R. CIV. P. 4(m). The Court, having considered the pleadings and papers filed by the parties, the arguments of counsel, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that the deadline for Plaintiff to serve process on defendants Evergreen Certifications, LLC, d/b/a Evergreen Certifications Institute, and PESI, Inc.

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
TIME LIMIT FOR SERVICE - 1
CASE NO. 2:17-CV-01494-RSL

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

is extended to September 28, 2016.

DATED this 14th day of Sept., 2018.

_____
The Honorable Robert S. Lasnik

Presented by:

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059
*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: 206.452.0260
Facsimile: 206.397.3062
E-mail: huck@goldfarb-huck.com
       roth@goldfarb-huck.com
       riojas@goldfarb-huck.com

Counsel for Plaintiff Marsha Linehan

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND
TIME LIMIT FOR SERVICE - 2
CASE NO. 2:17-CV-01494-RSL

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260